# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KEYSHAWN N. WOMACK,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 19-01026-B |
| | * |
| **5 STAR LIFE INSURANCE COMPANY,** | * |
| | * |
| Defendant. | * |

## ORDER

This action is before the Court on Plaintiff Keyshawn N. Womack's Motion to Remand and supporting brief (Docs. 10, 10-1) and Defendant 5 Star Life Insurance Company's Notice of Non-Opposition to Plaintiff's Motion to Remand (Doc. 17). On November 27, 2019, Defendant removed the action to this Court on the basis of diversity of citizenship. (Doc. 1). Defendant's notice of removal asserted that because Alabama law authorizes punitive damages for fraud claims, it is "reasonable to conclude" that the amount in controversy in this case exceeds $75,000, despite the fact that the value of the subject life insurance policy is $50,000. (Id. at 3-6). However, in her Motion to Remand, Plaintiff, "by and through her attorney, agree[s] and stipulate[s] that if this matter is remanded to the Circuit Court of Mobile County, Alabama she will not seek to collect any damages awarded in this matter in excess of $75,000.00." (Doc. 10-1 at 6). In

response, Defendant advises that based on Plaintiff's stipulation clarifying that she did not and will not seek more than $75,000 in this action, Defendant does not oppose Plaintiff's motion to remand this case to the Circuit Court of Mobile County, Alabama. (Doc. 17).

In light of the parties' representations that the amount in controversy is below the $75,000 jurisdictional threshold, it is hereby **ORDERED** that Plaintiff's Motion to Remand (Doc. 10) is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** this **2nd** day of **January, 2020.**

                                            **/s/ SONJA F. BIVINS**
                                    **UNITED STATES MAGISTRATE JUDGE**